COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER TO HARRIS COUNTY DISTRICT CLERK
TO PREPARE, CERTIFY, AND FILE
SUPPLEMENTAL CLERK'S RECORD**

Appellate case name:      Don R. Johnson & Freddie L. Oliver, Appellants v. Texas Serenity
                                       Academy, Appellee

Appellate case number:    01-14-00438-CV

Trial court case number:   2010-78587

Our complete review of the above-referenced appeal requires a supplemental clerk's record including the following documents:

Doc. Nos. 60266209 through 60266221:    Exhibits 41 through 50 for TSA Motion for Summary Judgment (filed April 2, 2014)

This supplemental clerk's record is due to be filed in the First Court of Appeals no later than **March 2, 2015**.

Judge's signature: /s/ Jane Bland
                   Justice Jane Bland, Acting Individually

Date: February 3, 2015